JILL P. TELFER, State Bar No. 145450
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
980 9th Street Suite 2550
Sacramento, California 95814
Telephone:   (916) 446-1916
Facsimile:    (916) 446-1726
E-mail:             jtelfer@telferlaw.com

Attorneys for Plaintiff
**MARK VOROBETS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK VOROBETS,<br><br>        Plaintiff,<br><br>    v.<br><br>NTT DATA FEDERAL SERVICES, and DOES 1 through 20, inclusive<br><br>        Defendants. | Case No.: 2:24-cv-01419-TLN-SCR<br><br>**STIPULATION & ORDER TO FILE A FIRST AMENDED COMPLAINT**<br><br>Complaint filed: May 17, 2024 |

    Plaintiff MARK VOROBETS ("Vorobets") and Defendant NTT DATA FEDERAL SERVICES ("NTT"), by and through its undersigned counsel, hereby agree and stipulate to the following:

    WHEREAS, on May 17, 2024, Plaintiff filed his Complaint against Defendants alleging four various claims. Since the filing of the Complaint, Plaintiff has discovered two new claims which he believes are viable, Failure to Engage in a Timely and Good Faith Interactive Process and Failure to Accommodate. NTT disputes that such claims were not known or reasonably known to Plaintiff at the time he filed his initial Complaint.

In the interest of judicial economy, the Parties submit this Stipulation respectfully requesting that Plaintiff be allowed to file a First Amended Complaint ("FAC").  NTT's willingness to stipulate shall not be construed as an admission or concession regarding the viability of Plaintiff's claims or the timeliness of his amendment.  NTT reserves any and all rights, defenses, and arguments with respect to Plaintiff's additional claims as set forth in the FAC.

IT IS HEREBY STIPULATED by and between the Parties, and their respective attorneys of record, as follows:

1. Plaintiff may file/serve a First Amended Complaint.
2. NTT's deadline to file a responsive pleading to the First Amended Complaint will be triggered by the actual filing of the First Amended Complaint, and not the date of this Stipulation or the Court's Order granting Plaintiff the right to file and serve a First Amended Complaint.

IT IS SO STIPULATED.

DATED: December 5, 2024        LAW OFFICES OF JILL P. TELFER


　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jill P. Telfer
　　　　　　　　　　　　　　　　　　　　　　　　JILL P. TELFER
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　**MARK VOROBETS**


DATED:  December 5, 2024        **FOLEY & LARDNER LLP**
　　　　　　　　　　　　　　　　　　　　　　　　Kevin Jackson


　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Kevin Jackson
　　　　　　　　　　　　　　　　　　　　　　　　Kevin Jackson
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant **NTT DATA FEDERAL SERVICES**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 6, 2024

_____
Troy L. Nunley
Chief United States District Judge