KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
FOLEY & LARDNER LLP
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CALIFORNIA 92130
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendant
NTT DATA FEDERAL SERVICES

JILL P. TELFER, STATE BAR NO. 145450
LAW OFFICES OF JILL P. TELFER
A PROFESSIONAL CORPORATION
980 9TH STREET SUITE 2550
SACRAMENTO, CALIFORNIA 95814
TELEPHONE: (916) 446-1916
FACSIMILE:  (916) 446-1726
E-MAIL: jtelfer@telferlaw.com

Attorney for Plaintiff
MARK VOROBETS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK VOROBETS,<br><br>                  Plaintiff,<br><br>vs.<br><br>NTT DATA FEDERAL SERVICS, and DOES 1 through 20, inclusive,<br><br>                  Defendants. | Case No. 2:24-cv-01419-TLN-SCR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (L.R. 144(A))**<br><br>Complaint Filed:  May 17, 2024<br>FAC Filed:         December 13, 2024<br><br>Judge: Hon. Troy L. Nunley |

Plaintiff MARK VOROBETS ("Plaintiff") and Defendant NTT DATA FEDERAL SERVICES ("NTT Data"), by and through their undersigned counsel, and pursuant to Civil Local Rule 144(a), respectfully submit this Joint Stipulation to Extend Time for NTT Data to file an Answer, and no other responsive pleading, to Plaintiff's First Amended Complaint.

**WHEREAS**, Plaintiff filed his Complaint in the above-captioned action (the "Complaint");

**WHEREAS**, on May 21, 2024, Plaintiff caused the Complaint and Summons to be served on NTT Data;

**WHEREAS**, pursuant to Rule 12 of the Federal Rules of Civil Procedure, NTT Data's deadline for filing its response to the Complaint was June 11, 2024;

**WHEREAS**, Plaintiff and NTT Data stipulated to a 14-day extension of NTT Data's deadline to respond to the Complaint by answer and no other responsive pleading;

**WHEREAS**, on June 25, 2024, NTT Data filed an Answer to the Complaint;

**WHEREAS**, Plaintiff filed his First Amended Complaint in the above-captioned action (the "FAC") on December 13, 2024,

**WHEREAS**, NTT Data's deadline for filing its response to the FAC was December 27, 2024;

**WHEREAS**, due to an administrative oversight, NTT Data's Answer to the FAC was not filed by the December 27, 2024 deadline.  Plaintiff and NTT Data wish to stipulate to an extension of NTT Data's deadline to respond to the FAC by answer and no other responsive pleading within 5 days of the Court approving this request;

**WHEREAS**, such stipulation does not alter the date of any event or deadline already fixed by Court order;

**WHEREAS**, pursuant to Local Rule 144(a), the parties may seek an extension of time by stipulation with Court approval;

**NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that, pursuant to Local Rule 144(a), NTT Data shall have up to 5 days to file and serve an answer and no

other responsive pleading to Plaintiff's FAC following the Court's approval.

     **IT IS SO STIPULATED AND AGREED.**

DATED: January 27, 2025       **LAW OFFICE OF JILL P. TELFER**

       /s/ Jill P. Telfer
       JILL P. TELFER
       Attorneys for Plaintiff MARK VOROBETS

DATED: January 27, 2025       **FOLEY & LARDNER LLP**
       Kevin Jackson

       /s/ Kevin Jackson
       Kevin Jackson
       Attorneys for Defendant NTT DATA
       FEDERAL SERVICES

\* I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: January 27, 2025       /s/ Kevin Jackson
       Kevin Jackson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 27, 2025

_____
Troy L. Nunley
Chief United States District Judge